FILED
CLERK, U.S. DISTRICT COURT

1/11/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONOME ONOKOHWOMO,**  Plaintiff,  v.  **STERLING JEWELERS, INC., ARNULFO DIAZ, and DOES 2–20,**  Defendants. | Case No.: CV 20-00261-CJC(SKx)  **JUDGMENT** |

    This matter came before the Court on Defendants' motion for summary judgment. In accordance with the Court's Order, (Dkt. 29), **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants.

DATED: January 11, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28