JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/3/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONOME ONOKOHWOMO,<br><br>      Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC.,<br>ARNULFO DIAZ, and DOES 2–20,<br><br>      Defendants. | Case No.: CV 20-00261-CJC (SKx)<br><br><br><br>JUDGMENT |

This matter came before the Court on Defendants' motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant.

DATED: March 3, 2021

_____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-