UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 20-00261-CJC (SKx)                                            Date: November 16, 2022

Title       Onome Onokohwomo v. Sterling Jewelers Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 11/16/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

Christina Coleman                                     Jeffrey Singletary

**Proceedings:**    SETTLEMENT CONFERENCE

    Held via Zoom videoconference. Case called. Counsel state their appearances for the record. The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation.

    The Court and parties conduct settlement discussions off the record. The parties are advised that all discussions were, and are, deemed to be confidential settlement discussions.

|  | 06:00 |
|---|---|
| **Initials** of Preparer | CC |