Christina M. Coleman (SBN 192578)
christina@christinacolemanlaw.com
**LAW OFFICES OF CHRISTINA M. COLEMAN, APC**
113 N. San Vicente Blvd., Suite 341
Beverly Hills, CA 90211
Phone: (323) 592-3605
Fax: (323) 843-1715

Attorney for Plaintiff,
ONOME ONOKOHWOMO

Daniel S. Rodman (#156156)
drodman@swlaw.com
Jeffrey M. Singletary, (#233528)
jsingletary@swlaw.com
Jing (Jenny) Hua (#294984)
jhua@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant,
STERLING JEWELERS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONOME ONOKOHWOMO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., a Delaware corporation d/b/a KAY JEWELERS; ARNULFO DIAZ, an individual; and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00261-CJC-SK<br><br>*Assigned to Hon. Cormac J. Carney, Crtrm 9B*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action filed: September 11, 2019<br>Removal Date: November 14, 2019<br>Trial date: March 7, 2023 |

**TO THE HONORABLE CORMAC J. CARNEY AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Parties have resolved this case in its entirety, and there is a fully-executed, enforceable settlement agreement. The Parties anticipate filing a stipulation for dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within thirty-five (35) days of today.

The parties respectfully request this Court vacate the Pretrial Conference hearing scheduled for February 27, 2023, and the Trial date of March 7, 2023, pending dismissal.

Respectfully submitted,

DATED: January 24, 2023         **LAW OFFICES OF CHRISTINA M. COLEMAN A PROFESSIONAL CORPORATION**

By: _____
Christina M. Coleman, Esq.
Attorney for Plaintiff
ONOME ONOKOHWOMO

DATED: January 24, 2023         **SNELL & WILMER L.L.P.**

By:   */s/ Jeffrey M. Singletary*
Daniel S. Rodman, Esq.
Jeffrey M. Singletary, Esq.
Jing (Jenny) Hua, Esq.
Attorney for Defendants
STERLING JEWELERS, INC. and ARNULFO DIAZ

*Filer attests that all other signatories listed, and on whose behalf the filing is Submitted, concur in the filing's content and have authorized the filing.