Christina M. Coleman (SBN 192578)
christina@christinacoilemanlaw.com
**LAW OFFICES OF CHRISTINA M. COLEMAN, APC**
113 N. San Vicente Blvd., Suite 341
Beverly Hills, CA 90211
Phone: (323) 592-3605
Fax: (323) 843-1715

Attorney for Plaintiff,
ONOME ONOKOHWOMO

Daniel S. Rodman (#156156)
drodman@swlaw.com
Jeffrey M. Singletary, (#233528)
jsingletary@swlaw.com
Jing (Jenny) Hua (#294984)
jhua@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant,
STERLING JEWELERS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONOME ONOKOHWOMO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., a Delaware corporation d/b/a KAY JEWELERS; ARNULFO DIAZ, an individual; and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00261-CJC-SK<br><br>*Assigned to Hon. Cormac J. Carney, Crtrm 9B*<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)] |

**TO THE HONORABLE COURT:**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Onome Onokohwomo ("Plaintiff"), and Defendants Sterling Jewelers Inc. and Arnulfo Diaz ('Defendants"), by and through their counsel, stipulate and agree as follows:

1. Plaintiff's entire complaint against Defendants, including all causes of action alleged therein, is dismissed with prejudice;

2. Each party shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

**IT IS SO STIPULATED.**

DATED: February 9, 2023        **LAW OFFICES OF CHRISTINA M. COLEMAN A PROFESSIONAL CORPORATION**

By: _____
Christina M. Coleman, Esq.
Attorney for Plaintiff
ONOME ONOKOHWOMO

DATED: February 9, 2023        **SNELL & WILMER L.L.P.**

By:  */s/ Jeffrey M. Singletary*
Daniel S. Rodman, Esq.
Jeffrey M. Singletary, Esq.
Jing (Jenny) Hua, Esq.
Attorney for Defendants
STERLING JEWELERS, INC. and ARNULFO DIAZ

*Filer attests that all other signatories listed, and on whose behalf the filing is Submitted, concur in the filing's content and have authorized the filing.